UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                         CASE NO.  3:03cr101LAC

RICARDO HECHEVARRIA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  September 26, 2007
Motion/Pleadings:  MOTION PURSUANT TO RULE 59(e) of FED. R. CIV. P. MOVING THE COURT TO ALTER AND/OR AMEND THE COURT'S ORDER
Filed by  DEFENDANT PRO SE      on  9/10/2007     Doc.# 226

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated     ___ Joint Pldg.
___ Unopposed      ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of September, 2007, that:*
*(a) The relief requested is **DENIED.***
*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.