# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:03CR101/LAC

RICARDO HECHEVARRIA

**REFERRAL AND ORDER**

Referred to Senior Judge Collier on    November 7, 2007
Type of Motion/Pleading: <u>NOTICE OF APPEAL, MOTION TO AMEND NOTICE OF APPEAL AND MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*</u>
Filed by: <u>DEFENDANT</u>    on 11/7/07    Document 231

( ) Stipulated/Consented/Joint Pleading
RESPONSES:
    _____ on _____ Doc.# _____
    _____ on _____ Doc.# _____
    WILLIAM M. McCOOL, CLERK OF COURT

    */s/ Elizabeth Cooley*
    Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 9th day of November, 2007, that:

(a) Defendant's motion to amend notice of appeal is granted to the extent this order has issued.

(b) His request for leave to proceed *in forma pauperis* is DENIED, as This appeal is not taken in good faith and defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3).

    s/*L.A. Collier*
    LACEY A. COLLIER
    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.